1. JOHN F. KELLY
   Attorney at Law #163883
2. 444 West "C" Street, Suite 330
   San Diego, California 92101
3. 619-231-3097

4. Attorney for JESUS GOMEZ-FELIX

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 07MJ2679 |
| Plaintiff, | ) |
| | ) SUBSTITUTION OF ATTORNEY |
| v. | ) |
| JESUS GOMEZ-FELIX, | ) |
| Defendant. | ) |

Defendant hereby substitutes John F. Kelly as his attorney of record in the above matter as his counsel of record in place of: ___John R. Fielding, Jr.___

Dated: 11/26/07

Jesus Gomez-Felix
Defendant

Dated: 11/26/07

John F. Kelly
Attorney for Defendant

I consent to the above substitution.

Dated: 11/28/07

John R. Fielding, Jr.
Attorney at Law